### 9182. MANGHAM *et al. v.* HEAD.

BLOODWORTH, J. The court did not err in refusing to sanction the certiorari in this case.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
DECIDED APRIL 11, 1918.

Petition for certiorari; from Pike superior court—Judge Searcy. August 25, 1917.

*R. C. Johnson Jr., Henry O. Farr,* for plaintiff in error.

*E. F. Dupree,* contra.